FILED
RICHARD W. NAGEL
CLERK OF COURT

2026 JAN 28 AM 11:46

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:26-cr-00010 |
| Plaintiff, | : | |
| | : | JUDGE HOPKINS |
| v. | : | |
| | : | INFORMATION |
| ANDREI FERNANDO MIHAI DRAMBA, | : | |
| | : | 18 U.S.C. § 1349 |
| Defendant. | : | |

The United States Attorney charges:

## COUNT ONE
### (Conspiracy to Commit Bank Fraud)

1. At all times material to the Information, Financial Institution-1 was a financial institution operating within the Southern District of Ohio, insured by the Federal Deposit Insurance Corporation, and engaged in banking activities that affect interstate commerce.

2. Beginning on or about January 28, 2023, and continuing to on or about February 4, 2023, in the Southern District of Ohio and elsewhere, the defendant, **ANDREI FERNANDO MIHAI DRAMBA**, conspired with others, both known and unknown, to commit the offense of bank fraud, that is, to knowingly execute or attempt to execute a scheme or artifice to (1) defraud a financial institution, or (2) obtain moneys, funds or property owned by, or under the custody or control of a financial institution by means of false or fraudulent pretenses, representations, or promises, in violation of 18 U.S.C. § 1344.

3. The purpose of the conspiracy was to fraudulently obtain debit card and credit card information by installing skimming devices on automatic teller machines (ATMs), use such stolen information to create re-encoded debit or credit cards, and then fraudulently withdraw funds from the compromised accounts of bank customers using the re-encoded debit or credit cards. Specifically, **ANDREI FERNANDO MIHAI DRAMBA** conspired to place "skimming" devices on the ATMs of Financial Institution-1 in the Southern

District of Ohio.

4. As to the manner and means, the skimmer devices fraudulently obtained bank account information from credit cards and debit cards that were inserted in the ATMs by unwitting customers. The stolen account information was used to create "re-encoded" credit cards. The co-conspirators then stole and fraudulently withdrew funds from the compromised bank accounts at Financial Institution-1 through ATMs using the re-encoded cards. When installing a skimming device, co-conspirators typically also installed a camera facing the pin pad of the ATM in order to capture the PIN numbers entered by customers.

5. The specific acts within the conspiracy include the following:

   a. A skimmer was installed on ATM-1 of Financial Institution-1 by **ANDREI FERNANDO MIHAI DRAMBA** in the Southern District of Ohio on January 28, 2023. It was subsequently removed by Financial Institution-1.

   b. Financial Institution-1 identified approximately 180 credit or debit card numbers that were compromised as a result of the skimming device installed on ATM-1 from January 28, 2023.

   c. The stolen account information from ATM-1 was used to attempt withdrawals or "cash-outs" of the compromised accounts at ATMs of Financial Institution-1.

6. Another skimming device and camera were installed at Financial Institution-1's ATM located in Cincinnati, Ohio (ATM-2) by **ANDREI FERNANDO MIHAI DRAMBA** and a co-conspirator:

   a. Specifically, on or about February 4, 2023, **ANDREI FERNANDO MIHAI DRAMBA** arrived at ATM-2 with a co-conspirator after the co-conspirator had attempted to install an electronic device onto the face of ATM-2 on February 3, 2023. **ANDREI FERNANDO MIHAI DRAMBA** and the co-conspirator installed an electronic device onto the face of ATM-2. Financial Institution-1 subsequently removed the device.

    b. The stolen account information from ATM-1 was used to attempt withdrawals or "cash-outs" of the compromised accounts at ATMs of Financial Institution-1.

7. Another skimming device and camera were installed at Financial Institution-1's ATM located in Cincinnati, Ohio (ATM-3) by **ANDREI FERNANDO MIHAI DRAMBA**:

    a. Specifically, on or about February 4, 2023, **ANDREI FERNANDO MIHAI DRAMBA** arrived at ATM-3 and installed an electronic device onto the face of ATM-3. Financial Institution-1 subsequently removed the device.

    b. Financial Institution-1 identified approximately 492 credit or debit card numbers that were compromised as a result of the skimming device installed on ATM-3 from February 4, 2023.

    c. The stolen account information from ATM-3 was used to attempt withdrawals or "cash-outs" of the compromised accounts at ATMs of Financial Institution-1.

**All in violation of Title 18, United States Code, Section 1349.**

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

By: _____
RYAN A. KEEFE (MA 687613)
Assistant United States Attorney

3